PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND JESSE RODRIGUEZ,<br><br>Defendant. | CASE NO. 1:24-CR-00142-KES-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; ORDER** |

The parties stipulate as follows:

1. A grand jury indicted the defendant on June 20, 2024, charging him in count one of violating 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition. [ECF 9.] The defendant appeared and was detained on June 21, 2024. [ECF 12.] The Court set a status conference for August 14, 2024, and excluded time.

2. The government produced initial discovery on June 26, 2024, and supplemental discovery on July 22, 2024. On August 6, 2024, defense made a plea offer to the government.

3. Now, the parties agree to continue the status conference from August 14, 2024, to October 9, 2024, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

4. The parties agree that the interests of justice served by granting this continuance outweigh

1

1 the best interests of the public and the defendant in a speedy trial. The parties also agree that the period
2 from August 14, 2024, through October 9, 2024, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. §
3 3161(h)(7)(A) and (h)(7)(B)(iv).
4    IT IS SO STIPULATED.

Dated:  August 6, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Robert L. Veneman-Hughes
Assistant United States Attorney

Dated:  August 6, 2024

*/s/ Erin Snider*
Erin M. Snider
Counsel for  RAYMOND JESSE RODRIGUEZ

2

# ORDER

The Court has read and considered the parties' stipulation to continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from August 14, 2024, until **October 9, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and

2. The period from August 14, 2024, through October 9, 2024, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **August 7, 2024**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

3