1  MICHELE BECKWITH
   Acting United States Attorney
2  CODY S. CHAPPLE
   ROBERT L. VENEMAN-HUGHES
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,         CASE NO. 1:24-CR-00142-KES-BAM

                 Plaintiff,
13
          v.                           **AMENDED STIPULATION TO CONTINUE
14                                     STATUS CONFERENCE AND EXCLUDE TIME**
   RAYMOND JESSE RODRIGUEZ,
15
                 Defendant.
16

17

18
        The parties stipulate as follows:
19
        1.    A grand jury indicted the defendant on June 20, 2024, charging him in count one of
20
   violating 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition. The defendant appeared and was
21
   detained on June 21, 2024. This case is set for a status conference on April 9, 2025. Time has been
22
   excluded to that date.
23
        2.    The government produced initial discovery on June 26, 2024, and supplemental discovery
24
   on July 22, 2024. On August 6, 2024, defense made a plea offer to the government. The government made
25
   its own plea offer on October 15, 2024, which had expired. The parties are still discussing a resolution.
26
        3.    On December 9, 2024, defendant's counsel withdrew, and the Court appointed Adilene
27
   Flores Estrada to represent the defendant on December 13, 2024. The government re-produced its
28
   discovery to Ms. Flores Estrada on December 17, 2024. The government intends to extend a plea offer to

                                         1

the defendant's new counsel.

4. Now, the parties agree to continue the status conference from April 9, 2025, to June 11, 2025, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

5. The parties agree this will be the last continuance before asking the court to set this matter for trial.

6. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from April 9, 2025, through June 11, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: April 3, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | */s/ Cody Chapple*<br>Cody Chapple<br>Robert L. Veneman-Hughes<br>Assistant United States Attorney |
| Dated: April 3, 2025 | */s/ Adilene Flores Estrada*<br>Adilene Flores Estrada<br>Law Office of Adilene Flores Estrada<br>Counsel for RAYMOND JESSE RODRIGUEZ |

**ORDER**

The Court has read and considered the parties' stipulation to continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from April 9, 2025, until **June 11, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and

2. The period from April 9, 2025, through June 11, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **April 3, 2025**          /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE