IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 1:24-CR-00142-1-KES |
| | ) | CA Case №: 26-1931 |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| RAYMOND JESSE RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him on appeal.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Benjamin P. Lechman, be appointed to represent the above defendant in this case effective *nunc pro tunc* to April 24, 2026, in place of panel attorney Adilene Flores-Estrada.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   April 27, 2026

_____
UNITED STATES DISTRICT JUDGE

-1-